UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____ )
I.A.M. NATIONAL PENSION FUND,  )
NATIONAL PENSION FUND, et al., )
                               )
          Plaintiffs,          )
                               )
     v.                        )   Case No. 06CV1914 RJL
                               )
KREGER TRUCK RENTING CO., INC. )
                               )
          Defendant.           )
_____ )

<u>AFFIDAVIT OF SERVICE</u>

I, Kenneth E. Sloman, being duly authorized to make service of the Summons & Complaint in the above entitled action, hereby depose and say:

I am over the age of twenty-one years.

I am not a party to or otherwise interested in the suit.

My business address is: 47 Bloomfield Avenue, Caldwell, New Kersey 07006-5309.

At 10:49 a.m. on the 21st day of November, 2006, I served the within named defendant, Kreger Truck Renting Co., Inc., by leaving a copy of the Summons & Complaint with Alex Kreger, President, at 369 Kingsland Avenue, Brooklyn, New York 11222.

Kenneth E. Sloman
Process Server

Subscribed and sworn to before me this 24th day of November, 2006.

Maureen A. Lettau
Notary Public

My Commission expires on February 11, 2010.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                              )
I.A.M. NATIONAL PENSION FUND, )
NATIONAL PENSION FUND, et al., )
                              )
              Plaintiffs,     )
                              )
         v.                   )   Case No. 06CV1914 RJL
                              )
KREGER TRUCK RENTING CO., INC. )
                              )
              Defendant.      )
_____ )
```

### AFFIDAVIT OF SERVICE

I, Kenneth E. Sloman, being duly authorized to make service of the Case Management Order, dated November 13, 2006,  in the above-entitled action, hereby depose and say:

I am over the age of twenty-one years.

I am not a party to or otherwise interested in the suit.

My business address is: 47 Bloomfield Avenue, Caldwell, New Jersey 07006-5309.

At 10:49 a.m. on the 21st day of November, 2006, I served the within named defendant, Kreger Truck Renting Co., Inc., by leaving a copy of the November 13, 2006 Case Management Order with Alex Kreger, President, at 369 Kingsland Avenue, Brooklyn, New York 11222.


Kenneth E. Sloman
Process Server

Subscribed and sworn to before me this 24th day of November, 2006.

Maureen A. Lettau
Notary Public

My Commission expires on February 11, 2010.