**FILED**

DEC 1 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

-1-

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| I.A.M. NATIONAL PENSION FUND, NATIONAL PENSION PLAN, et al., )<br><br>Plaintiffs, )<br><br>v. )<br><br>KREGER TRUCK RENTING CO., INC., )<br>Defendant. ) | Case No. 06CV1914 RJL |

## CONSENT DECREE

Plaintiffs, I.A.M. National Pension Fund, National Pension Plan, et al., have alleged that the defendant, Kreger Truck Renting Co., Inc., has been delinquent in pension payments which it is obligated by a collective bargaining agreement to make to the Plan. Defendant admits that it was delinquent in making its pension payments.

The parties having agreed that the following decree may be entered by the Court without findings of fact and conclusions of law having been made, NOW THEREFORE, it is this ___ day of December, 2006, Ordered Adjudged and Decreed as follows:

1. Defendant, Kreger Truck Renting Co., Inc., shall pay the plaintiff Plan $91,838.51, broken down as follows:

    a. $64,814.66, pension contributions for the period of January, 2000 through and including November,

1

-2-

2006;

b.   $11,990.89, liquidated damages, and $13,289.72, interest in satisfaction of its obligations to the Plan under Article V, Section 4 of the Fund Trust Agreement;

c.   $1,200.00, attorneys' fees; and

d.   $543.24, court costs.

2.   The defendant, its officers agents, successors and assigns are hereby permanently enjoined from failing or refusing to submit all the amounts contained in paragraph 1, above, to the Plan. In the event that defendant should fail to submit all the amounts contained in paragraph 1, above, Plaintiffs may apply to the Court for any and all relief deemed necessary to compel such payment.

_____
Richard J. Leon
United States District Judge

AGREED TO:    December 13, 2006

By:

/S/_____
Joseph P. Martocci, Jr., #955716
1300 Connecticut Avenue, NW,
Suite 300
Washington, DC 20036
(202) 785-2658
jmartocci@iamnpf.org

Attorney for Plaintiffs

/S/_____
Alex Kreger
369 Kingsland Avenue
Brooklyn, New York 11222
(718) 383-4300

President of Defendant

2